MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
HALLIE MITCHELL HOFFMAN (CABN 210020)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7129
   FAX: (415) 436-7234
   hallie.hoffman@usdoj.gov
Attorneys for Plaintiff

**FILED**

JUN 2 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0149 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM JUNE 28, 2013 THROUGH AUGUST 16, 2013 |
| v. | |
| QUIN NGOC RUDIN, a/k/a DEAN RUBIN, a/k/a DAVID RUBIN, | |
| Defendant. | |

The defendant, Quin Ngoc Rudin, a/k/a Dean Rubin, a/k/a David Rudin, represented by Edward Robinson, Esquire, and the government, represented by Kyle F. Waldinger and Hallie Mitchell Hoffman, Assistant United States Attorneys, jointly request to continue the status hearing in the above captioned matter from June 28, 2013 at 9:30 a.m. to August 16, 2013 at 9:3:30 a.m.. The parties request this continuance because there are ongoing discussions about the appropriate resolution of the matter and the defense is continuing to review the voluminous discovery that the government provided and to conduct necessary investigation.

Counsel further requests that time be excluded under the Speedy Trial Act between June 28,

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME
CR 13-0149 JST

2013 and August 16, 2013 because the defense needs time for effective preparation of the case.

Dated: June 24, 2013  /s/ Hallie Mitchell Hoffman

Hallie Mitchell Hoffman
Assistant United States Attorney

Dated: June 24, 2013  /s/ Edward Robinson

Edward Robinson
Attorney for Quin Rudin

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME
CR 13-0149 JST

[~~PROPOSED~~] ORDER

The parties jointly moved to continue the status conference in this matter to August 16, 2013 at 10:30 a.m. ~~9:30 a.m.~~ Counsel requested the continuance because the parties are in ongoing discussions about the appropriate resolution of the case and the defense counsel needs additional time to review the voluminous discovery and to conduct necessary investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 28, 2013 and August 16, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 28, 2013 and August 16, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between June 28, 2013 and August 16, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 25, 2013

JON S. TIGAR
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE AND TO EXCLUDE TIME
CR 13-0149 JST