| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | HALLIE MITCHELL HOFFMAN (CABN 210020)<br>KYLE F. WALDINGER (ILBN 6238304) |
| 5 | Assistant United States Attorney |
MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HALLIE MITCHELL HOFFMAN (CABN 210020)
KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129/6830
    Facsimile: (415) 436-7234
    E-mail: Hallie.Hoffman@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>QUIN NGOC RUDIN,<br>    a/k/a DEAN RUBIN,<br>    a/k/a DAVID RUBIN,<br><br>    Defendant. | No. CR 13-0149 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME FROM NOVEMBER 22, 2013 TO JANUARY 10, 2014** |

       The defendant, Quin Ngoc Rudin, a/k/a Dean Rubin, a/k/a David Rudin, represented by Edward Robinson, Esquire, and the government, represented by Kyle F. Waldinger, Assistant United States Attorney, appeared before the Court on November 22, 2013. At that appearance, the parties jointly requested that the Court place this matter on its calendar for January 10, 2014, for entry of plea.

       The parties requested this continuance because there are ongoing discussions about the appropriate resolution of the matter and because the defense is continuing to review the voluminous discovery that the government has provided (including discovery that was recently produced) and to conduct necessary investigation.

STIP. AND [PROPOSED] ORDER
CR 13-0149 JST

For these reasons, the parties jointly stipulate and agree that time be excluded under the Speedy Trial Act between November 22, 2013 and January 10, 2014 based on defense counsel's need for effective preparation of the case.

SO STIPULATED.

                                                MELINDA HAAG
                                                United States Attorney

Dated: November 25, 2013                            /s/
                                                KYLE F. WALDINGER
                                                Assistant United States Attorney

Dated: November 25, 2013                            /s/
                                                EDWARD ROBINSON
                                                Attorney for Defendant

## [~~PROPOSED~~] ORDER

The parties jointly moved to continue this matter to January 10, 2014 at 9:30 a.m. for a change of plea hearing. Counsel requested the continuance because the parties are in ongoing discussions about the appropriate resolution of the case and the defense counsel needs additional time to review the voluminous discovery and to conduct necessary investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 22, 2013 and January 10, 2014 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 22, 2013 and January 10, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between

1 November 22, 2013 and January 10, 2014 shall be excluded from computation under the Speedy Trial
2 Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: November 26, 2013

_____
HON. JON S. TIGAR
United States District Judge

STIP. AND [~~PROPOSED~~] ORDER
CR 13-0149 JST                            3